IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTOPHER M. PRATT,**

    Plaintiff,

v.

**UNITED STATES FISH AND WILDLIFE SERVICE,**

    Defendant.

No. 3:19-cv-00382-SB

OPINION AND ORDER

**MOSMAN, J.,**

On May 31, 2019, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation (F&R) [5], recommending that Plaintiff's Complaint [2] be DISMISSED with prejudice. Plaintiff Christopher M. Pratt filed Objections to the F&R [9].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C).

Upon review of the F&R and Plaintiff's objections, I agree with Judge Beckerman that Plaintiff's complaint is frivolous and that further leave to amend would be futile. Therefore, I

1 – OPINION AND ORDER

ADOPT the F&R [5] as my own opinion. Plaintiff's Complaint [1] is DISMISSED with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 6th day of September, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge